IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK RUFF, | : |
| | : CIVIL ACTION - LAW |
| *Plaintiff*, | : |
| | : |
| v. | : Case No. 3:23-cv-00254-SLH |
| | : |
| THE GIANT COMPANY d/b/a MARTIN'S, | : |
| | : |
| *Defendant.* | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear their own costs and attorneys' fees. The Parties stipulate that all rights of appeal are hereby waived. The Parties further stipulate that no Party is the prevailing party in this action.

Respectfully submitted,

**KOLLER LAW LLC**

By: *David M. Koller*
David M. Koller, Esquire
Jordan D. Santo, Esquire
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com

Dated: 5-13-24                *Attorneys for Plaintiff*

                                 Respectfully submitted,

                        **McNEES WALLACE & NURICK LLC**

By:   */s/ M. Abbegael Giunta*
      M. Abbegael Giunta, Esquire
      PA I.D. No. 94059
      Adam R. Long, Esquire
      PA I.D. No. 89185
      100 Pine Street, P.O. Box 1166
      Harrisburg, PA 17108-1166
      Phone: (717) 232-8000
      agiunta@mcneeslaw.com
      along@mcneeslaw.com

Dated: May 9, 2024                     *Attorneys for Defendant*
                                              *The GIANT Company LLC*

4877-9305-7981, v. 1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing was served upon the following counsel for Defendant via the Court's ECF system:

> M. Abbegael Giunta, Esquire
> Adam R. Long, Esquire
> McNEES WALLACE & NURICK LLC
> 100 Pine Street, P.O. Box 1166
> Harrisburg, PA 17108-1166
> agiunta@mcneeslaw.com
> along@mcneeslaw.com
>
> *Counsel for Defendant*

Date: August 12, 2024

/s/ *David M. Koller*

*Attorney for Plaintiff*

AND NOW, this 13th day of August, 2024, IT IS SO ORDERED.

/s/ Stephanie L. Haines
UNITED STATES DISTRICT JUDGE